Eva Dean GIBSON, BY AND THROUGH Plaintiff Ad Litem, Lovella Dean LAWSON, Appellant,

v.

Wilford H. WATSON, Jr. and M. Diane Watson, Respondents.

WD 78382

Missouri Court of Appeals, Western District.

ORDER FILED: December 15, 2015

---

Andrew Kopp, Columbia, MO, Counsel for Appellant.

Thomas Schneider, Columbia, MO, Counsel for Respondents.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Thomas H. Newton, Judge, and David M. Byrn, Special Judge

## ORDER

Per Curiam:

Plaintiff ad litem Ms. Lovella Dean Lawson appeals from a judgment entered following a bench trial allowing reformation of the 2007 quit claim deed by which Ms. Mary Frances Crane conveyed her 78–acre farm to her son, Mr. Wilford Watson, Jr., following her death in 2012.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).